IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01102-CYC

OMIL COTTO,

     Plaintiff,

v.

UNITED STATES OF AMERICA, and
ALFREDO DIAZ,

     Defendants.

---

## ORDER

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter comes before the Court on the Plaintiff's Notice of Voluntary Dismissal of Claims Against Defendant Alfredo Diaz, ECF No. 133, which also serves as a response to the Court's January 28, 2026 Order to Show Cause, ECF No. 132. In his notice, the plaintiff explains that he wishes to voluntarily dismiss his claims against defendant Alfedo Diaz pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) given that the defendant "has absconded from federal custody and his location is unknown." ECF No. 133 at 2–3. Dismissal under this rule does not require a Court order.

Accordingly, the Clerk of the Court shall update the docket to reflect that defendant Alfredo Diaz has been dismissed from this case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), in accordance with the Plaintiff's Notice of Voluntary Dismissal of Claims Against Defendant Alfredo Diaz, ECF No. 133.

It is hereby ORDERED that the Court's January 28, 2026 Order to Show Cause, ECF No. 132, is **DISCHARGED**.

It is further ORDERED that in accordance with the Court's July 29, 2025 Order, ECF No. 113 at 15, the Clerk of the Court shall enter **judgment** in favor of defendant the United States and against plaintiff Omil Cotto as to the remaining portion of Claim Two.

The Clerk of the Court shall close this case.

Entered and dated at Denver, Colorado, this 13th day of March, 2026.

BY THE COURT:

_____

Cyrus Y. Chung
United States Magistrate Judge

2